**Order entered April 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00225-CV

## MICHELLE JAHNER, Appellant

## V.

## ASHLYN JAHNER, Appellee

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-55510-2014

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Stoddart

Based on the Court's opinion of this date, we **DENY** appellant's Motion to Extend Time

to File Notice of Appeal.

/s/     ELIZABETH LANG-MIERS
          JUSTICE